# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| JAMES TALLEY<br>　　　　Plaintiff,<br><br>　　v.<br><br>THE CITY OF ATLANTIC CITY NEW JERSEY,<br>ET AL<br>　　　　Defendants. | ORDER ON APPLICATION<br>TO PROCEED WITHOUT<br>PREPAYMENT OF FEES<br><br>Case Number: 04-CV-1146-JBS<br><br>APPEAL |

Having considered the application to proceed without prepayment of fees under 28 U.S.C.§ 1915;

IT IS ORDERED that the application is:

☑ GRANTED

☐ DENIED, for the following reasons:

_____

_____

RECEIVED
OCT 17 2007

ENTERED this __21st__ day of __April__, 2008

JEROME B. SIMANDLE
U.S. DISTRICT JUDGE

_/s/ Jerome B. Simandle_
Hon. Jerome B. Simandle, USDCJ

Dated:

Camden, New Jersey