# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

James Talley

        Plaintiff,

V.

City of Atlantic City New Jersey

        Defendant.

**ORDER ON APPLICATION TO PROCEED WITHOUT PREPAYMENT OF FEES ON APPEAL**

Case Number: 04-1146 (JBS)(AMD)

Having considered the application to proceed without prepayment of fees under 28 U.S.C.§ 1915;

IT IS ORDERED that the application is:

☑ GRANTED, and the appeal may be filed without prepayment of fees;

☐ DENIED under 28U.S.C.§ 1915 ( c ), appeal not taken in good faith

or

☐ DENIED for the following reason(s):

_____

_____

ENTER this __16th__ day of __August__, 20_10_ at Camden, NJ

_/s/ Jerome B. Simandle_
Signature of Judicial Officer

Hon. Jerome B. Simandle

Name and Title of Judicial Officer